| Official Use Only | | |
|---|---|---|
| Case Number | Judge | Magistrate Judge |
|  |  |  |

Case: 2:20-cv-12032
Judge: Edmunds, Nancy G.
MJ: Patti, Anthony P.
Filed: 07-16-2020 At 12:46 PM
PRIS HINDS V. HARNPHANICH ET AL (DA
)

# PRISONER CIVIL RIGHTS COMPLAINT

*This form is for use by state prisoners filing under 42 U.S.C. § 1983 and federal prisoners filing pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).*

**Plaintiff's Information**

| Name | Prisoner No. |
|---|---|
| Michael Hinds | S66920-39 |

Place of Confinement: FDC Milan

| Street | City | State | Zip Code |
|---|---|---|---|
| PO Box 1002 | Milan | MI | 48160 |

Are there additional plaintiffs? ☐ Yes ☒ No

If yes, any additional plaintiffs to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide names, prisoner numbers and addresses for all plaintiffs.*

**Defendant's Information**

| Name | Position |
|---|---|
| Daniel Harnphanich (2982) | Detroit Police |

| Street/P.O. Box | City | State | Zip Code |
|---|---|---|---|
| 1301 3rd Ave | Detroit | MI | 48226 |

Are you suing this defendant in his/her: ☐ Personal Capacity ☐ Official Capacity ☒ Both Capacities

Are you suing more than one defendant? ☒ Yes ☐ No

If yes, any additional defendants to this action should be listed on a separate 8½" x 11" sheet of paper and securely attached to the back of this complaint. *You must provide their names, positions, current addresses and the capacity (personal, official or both) in which you are suing them.*

Defendant's Information

Christopher Bush (4781)  Detroit Police
1301 3rd Ave  Detroit MI 48226
Both Capacities

# I. PREVIOUS LAWSUITS

Have you filed any other lawsuits in state or federal court relating to your imprisonment?

☒ Yes   ☐ No

If "Yes," complete the following section. If "No," proceed to Part II.

Please list all prior civil actions or appeals that you have filed in federal court while you have been incarcerated.

| | |
|---|---|
| Docket or Case Number: | Civil Action No. 2-18-CV-L0356 |
| Name of Court: | US District Court 6th Cir |
| Parties (Caption or Name of Case): | Unknown Police officers |
| Disposition: | Dismissed |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

| | |
|---|---|
| Docket or Case Number: | |
| Name of Court: | |
| Parties (Caption or Name of Case): | |
| Disposition: | |

**Any additional civil actions should be listed on a separate sheet of 8½" x11" paper and securely attached to the back of this complaint.**

2

## II. STATEMENT OF FACTS

State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include the names of other people, dates and places involved in the incident. Do not give any legal arguments or cite any cases or statutes.

On November 23, 2017 I was detained by Detroit police officers Daniel Harnphanich and Christorpher Bush for improper transport of my medical marijuana. Officer Harnphanich stated the improper transport give them probable cause to conduct a warrantless search because it was a misdermeanor offense. I offered more then once to show my medical marijuana registry card and State I.d. the officer refuse them both. I was made to exit the vechile. I was arrested for a gun and drugs found doing the search. While in custody officer Christorpher Bosh while searching me unbotton my pants and put his hand in my under ware and grab my penis.

## III. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. Set forth each claim in a separate paragraph. If you intend to allege several related claims, number and set forth each claim on a separate 8½" x 11" sheet of paper and securely attach the papers to the back of this complaint.

① My 4th Admendment was violated when the officers did a warrantless search, claiming improper transport of medical marijuana was a misdermeanor offense therefor an arrestable offense. The is no such law in Michigan. The DPD officers used flase laws to gain access and do a warrantless, which created probable cause. Also the officers illegally seizured my medical marijuana

## IV. RELIEF

State briefly and exactly what you want the Court to do for you.

I want to know what rights and privileges are protected when a person is in full complaince with the (MMMA)

3

Statement of Claims

② My 14 Admendment was violated when I was denied the protection of my rights and privileges under the (MMMA) Michigan Medical Marijuana Act MCL 333.26424 (A) I had the right to seek protection under the (mmmA) I have the right to be treated Equal and Due process Officer Bush Violated me when her grabed my Penis. The warrantless search also violated my Due process in accordence with Michigan Law

Does the MMMA protect my 4th Amendment if I was in full complaince of Michigan Law under local jurisdiction I am requesting damages for the illegal seizure of my medical marijuana. I am also requesting damages for officer Rush grabing my penis doing his search. Requesting $800 for the medical marijuana and $1,000,000 for the grabbing of my penis

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on  7-13-2020  (date).

Michael Hinds
Signature of Plaintiff




Michael Hinds 56697039
PO Box 1000
Milan MI 48160
FDC Milan

Office of the Clerk
United States District CT
231 W. Lafayette Blvd
Detroit MI 48226