United States District Court
Eastern District of Michigan
Southern Division

Michael Hinds,         Civil Action No. 2:20-cv-12032
        Plaintiff     Hon. George Caram Steeh
v
Daniel Harnphanich and
Christopher Busch
        Defendants

Motion to reconsider and request an evidentiary hearing.

Now comes, Plaintiff Michael Hinds, pro se and request that the court reconsider the claim against Daniel Harphanich and request an evidentiary hearing. I believe I am entitled to hearing to determine whether my conduct was completely authorized by state law and that I complied with all relevant conditions imposed by state law on the use, distribution, and possession of medical Marijuana, and what rights and privilege are not to be denied and is protected in accordance to the (mmma)

On November 23, 2017 Plaintiff was parked on Ellsworth Street in Detroit mi. Detroit police officer Daniel Harnphanich Detained me for "improper transport" of my medical marijuana. I offered to show my Michigan medical marijuana card, but the officer declined to look at it. I was then order out the vehicle. I was arrested for a gun and drugs which was found during their search.

## Argument

I have a legal right to seek protection under the (MMMA) See Johnson 302 mich app 460, my rights are protected under the mmma by my full compliance United States V McIntosh No. 15-10117, DC No. 3:14-cr-00116 mmc-3 "A qualifying patient who has been issued and possesses a registry card is not subject to arrest, prosecution, or penalty in any manner or denied any rights or privilege for the use, distribution and possession of medical marijuana." See MCL 333.26424(a)

My full compliance means there was no arrestable offense for the possession of medical marijuana there for no probable cause, the officers knew and understood this that's why he did not want to take possession of my medical marijuana card. I have right to be treated equal. I am asking the court to reconsider my claim against Daniel Hamphanich

Respectfully Submitted
Michael Hinds
Pro se
November 5, 2020

Michael Hinds
NAME
56692039
REG. NO.

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
MILAN, MICHIGAN 48160

METROPLEX MI 480
9 NOV 2020 PM 17 L

United States District Court
Office of the Clerk
231 W. Lafayette Blvd.
Detroit, MI 48226

RECEIVED
NOV 13 2020
CLERKS OFFICE
U.S. DISTRICT COURT
48226-275426