UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HINDS,

        Plaintiff,

                              Case No. 20-CV-12032

vs.

                              HON. GEORGE CARAM STEEH

CHRISTOPHER BUSH,

        Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF No. 37)

Plaintiff Michael Hinds, an incarcerated person, filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against defendant Christopher Bush. Plaintiff filed a motion for default judgment because Bush did not file an answer to the complaint (ECF No. 32). Pursuant to 42 U.S.C. § 1997e(g)(1), "[a]ny defendant may waive the right to reply to any action brought by a prisoner confined in any jail, prison, or other facility under section 1983" and "[n]o relief shall be granted to the plaintiff unless a reply has been filed." On this basis, the Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the motion for default judgment be denied (ECF No. 37).

No timely objections were filed to the R&R. This Court agrees with and adopts the analysis conducted and recommendation made by the Magistrate Judge. Now, therefore,

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 37) is accepted by the Court.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion for default judgment (ECF No. 32) is DENIED.

Dated:   October 25, 2022

                                         s/George Caram Steeh
                                         GEORGE CARAM STEEH
                                         UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 25, 2022, by electronic and/or ordinary mail and also on Michael Hinds #56692-039, Milan Federal Correctional Institution, Inmate Mail/Parcels, P.O. Box 1000, Milan, MI 48160

s/Brianna Sauve
Deputy Clerk