UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL HINDS,

      Plaintiff,

vs.

          Case No. 20-CV-12032
          HON. GEORGE CARAM STEEH

CHRISTOPHER BUSH,

      Defendant.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION
(ECF No. 55) GRANTING IN PART AND DENYING IN PART
DEFENDANT'S MOTION TO DISMISS OR MOTION FOR SUMMARY
JUDGMENT (ECF No. 38), DENYING PLAINTIFF'S MOTION FOR
RELIEF FROM JUDGMENT (ECF No. 42), AND SUA SPONTE
<u>DISMISSING IN PART PLAINTIFF'S AMENDED COMPLAINT</u>

      This matter is before the Court on the Report and Recommendation ("R&R") (ECF No. 55) filed by the Magistrate Judge recommending that defendant Christopher Bush's motion to dismiss or for summary judgment (ECF No. 38) be granted in part and denied in part and plaintiff Michael Hinds' motion for relief from the order partially dismissing his case (ECF No. 42) be denied. The R&R also recommends that parts of Hinds' amended complaint be dismissed sua sponte. Neither party filed timely objections to the R&R.

      This Court agrees with and adopts the thorough analysis conducted,

and recommendation made, by the magistrate judge. Now, therefore, for the reasons stated by the magistrate judge, the recommendations are adopted as an order of the Court.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 55) is adopted by the Court.

IT IS HEREBY FURTHER ORDERED that defendant's motion to dismiss or for summary judgment (ECF No. 38) is GRANTED IN PART AND DENIED IN PART.

IT IS HEREBY FURTHER ORDERED that plaintiff's motion for relief from judgment (ECF No. 42) is DENIED.

IT IS HEREBY FURTHER ORDERED that all claims and defendants except the due process claim against Bush be DISMISSED from plaintiff's amended complaint sua sponte.

Dated:   February 21, 2023

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 21, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk